ORIGINAL

FILED
06 SEP 21 AM 9:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR1431-LAB |
| Plaintiff, ) | |
| v. ) | ORDER |
| JOHN EDWARD EMERSON, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the time for the Government to file its Response and Opposition to Defendant's Motions in Limine in this case be shortened, to permit filing on September 18, 2006, with hearing to be held on September 19, 2006, at 9:00 a.m.

SO ORDERED.

DATED: 9-18-06

_____
HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE