```
                                         FILED
                                    2006 OCT 13  PM 3:24
                                    CLERK US DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                    BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case 06cr1431 LAB |
| Plaintiff, | ) |
| | ) EX PARTE APPLICATION AND |
| | ) ORDER TO EXONERATE |
| | ) BOND OF A MATERIAL WITNESS |
| v. | ) AND REFUND DEPOSIT TO SURETY |
| JOHN EDWARD EMERSON, | ) |
| | ) MATERIAL WITNESS: |
| Defendant. | ) JOSE ABDON FELIX-VILLAPANDO |

### Ex Parte Application

I, **JAMES C. ALVORD,** attorney for material witness JOSE ABDON FELIX-VILLAPANDO, submit this ex parte application and order to exonerate the court bond set to secure the attendance of the above-referenced material witness for testimony in this case.

Bond was set at $5,000,00 for this witness, with 10% or $500 posted with the Clerk Cashier's Office.

The bond was posted by surety JAVIER GALVAN-GALVAN, who assisted me in the return of the witness to Customs and Border Protection Services on October 6, 2006.

/ / / /

```
 1        Therefore, I am requesting that the court bond posted by Mr.
 2   Galvan-Galvan on behalf of the material witness be exonerated and
 3   the cash deposited with the Cashier be returned to him.
 4
     DATE: October 9, 2006                    _____
 5                                            JAMES C. ALVORD, Attorney
 6                                            for the Material Witness
 7                            ORDER
 8        IT IS ORDERED that bond posed with this Court and deposited
 9   with the Clerk of the Court to secure the presence of material
10   witness JOSE ABDON FELIX-VILLAPANDO, shall be exonerated and the
11   $500.00 deposited with the Clerk Cashier be returned to the surety:
12              JAVIER GALVAN-GALVAN
                   690 Birch Court
13                 Los Vanos CA 93635
14
15   DATED: 10-12-06                          _____
                                              United States Judge
```